Nicholas Michael Graphia
**Law Office of Nicholas M Graphia**
767 Florence St
Baton Rouge, LA 70806
225-366-8618
Fax: 888-909-6892
Email: ngraphia@nmglegal.com
Attorneys for Plaintiff,
WILLIAM KELLEY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| WILLIAM KELLEY, | Case No. 3:13-cv-03246-DEW-KLH |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT G C SERVICES L P |
| vs. | |
| G C SERVICES L P; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff William Kelley against Defendant G C Services L P Financial are dismissed, with prejudice. Plaintiff William Kelley and Defendant G C Service L P shall each bear their own costs and attorneys' fees.

Date: October 27, 2014

_____
District Judge Moore
United States District Court,
Western District of Louisiana